UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIELLE BRAY,<br><br>                Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE[1], Commissioner of Social Security,<br><br>                Defendant. | CASE NO.    C07-5646KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

    Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

    The clerk is directed to send copies of this Order to counsel of record and to issue the Summonses.

    DATED this 29th day of November, 2007.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d)(1), Michael J. Astrue, who recently became acting Commissioner of Social Security, hereby automatically is substituted for Joanne B. Barnhart.

ORDER
Page - 1