# United States District Court
WESTERN DISTRICT OF WASHINGTON

DANIELLE BRAY

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5646BHS/KLS

____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court**. This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED


     That this case is REVERSED and REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g).  Upon remand, the Commissioner shall comply with the specific instructions set forth in this Court's Order of **6/23/08**.




  June 24, 2008                                             BRUCE RIFKIN
Date                                                      Clerk


                                                          *s/Caroline M. Gonzalez*
                                                          Deputy Clerk