# United States District Court

WESTERN DISTRICT OF WASHINGTON

DANIELLE BRAY

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5646BHS/KLS

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED


The Court hereby grants Plaintiff's Motion for Attorney Fees in the amount of $5,296.80.


| | |
|---|---|
|   August 11, 2008 |   BRUCE RIFKIN |
| Date | Clerk |
| | |
| |   s/Caroline M. Gonzalez |
| | Deputy Clerk |